**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MARY COSTA AND JACOB COSTA, JR.**    *

                 *    **C.A. No.:    09-6519**

             **Plaintiffs,**    *

                 *    **Section:    K**

**versus**                  *

                 *    **Magistrate: 2**

**TRAVELERS PROPERTY CASUALTY AND**    *
**THE STANDARD FIRE INSURANCE**    *
**COMPANY**                  *

                 *

            **Defendants.**    *

                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing Joint Motion to Remand,

**IT IS ORDERED** that this matter be and is hereby remanded to state court.

New Orleans, Louisiana, this __2nd__ day of <u>November</u>, 2009.

_____
          Stanwood R. Duval, Jr.
          United States District Judge